**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| THERESA FARMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:19-cv-00252-SEB-DML |
| | ) | |
| WEST CLARK COMMUNITY | ) | |
| SCHOOLS CORPORATION and | ) | |
| LISA R. HAWKINS | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Come now the Parties, by their respective counsel, having filed their Stipulation of Dismissal, and the Court, being duly advised, hereby finds that the Parties' Joint Stipulation of Dismissal should be granted. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each side shall bear her/its own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: _____4/21/2020_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Distribution to all counsel of record via CM/ECF